**NOT FOR PUBLICATION**                                           **CLOSED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES E. BEST | : | Civil Action No. 06-02489 (FSH) |
|     Plaintiff, | : | |
| | : | **ORDER** |
| vs. | : | |
| | : | |
| JO ANNE B. BARNHART | : | May 7, 2007 |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
|     Defendant. | : | |

**HOCHBERG, District Judge:**

This matter having come before the Court as a result of Plaintiff's appeal of a final decision of the Commissioner of Social Security, and this Court having fully considered the submitted briefs and the record before it, and for the reasons expressed in the Opinion issued this same day; and for good cause shown:

**IT IS** on this 7th day of May, 2007,

**ORDERED** that the instant case is **REMANDED** for further review at Step Five in accordance with the accompanying Opinion; and it is further

**ORDERED** that this case is **CLOSED**.

                                              /s/ Faith S. Hochberg
                                              **Faith S. Hochberg, U.S.D.J.**